UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Steven R. Brown
Full name of plaintiff(s)

v.

Fiserv, Inc., TRS Recovery Services, Inc.
TeleCheck Services, Inc.
Full name of defendant(s)

Case No. **22-C-1217**
(Provided by the Clerk of Court)

## NON-PRISONER REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

Answer the following questions to the best of your ability.
**Note**: If you do not tell the truth, the Court may dismiss your lawsuit.

I. **Personal Information**

1) Are you employed? ☑ Yes  ☐ No  (gig work only)

2) Are you married? ☐ Yes  ☑ No
   If "Yes," is your spouse employed? ☐ Yes  ☐ No

3) Do you have any dependents that you are responsible for supporting?
   ☐ Yes  ☑ No
   If "Yes," list them below:

| Name or initials (for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

II. **Income** – If you are married, your answers *must include your spouse's income.* (When calculating income, include any wages, salary, rent, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts and inheritance, or other money you receive from any source.)

1) State your total *monthly* wages or salary?   $ __0__

2) Provide the name and address of your employer(s):
   __—_____

3) State your spouse's total *monthly* wages or salary?   $ __—__

State the amount of money you have received from any other source in the last twelve months, such as the sources listed above. Please attach an additional sheet if necessary.

| Source of income | Amount |
|---|---|
| Gig work | $ ~150/mo usually |
| Parental support | $ ~150/mo |

III. **Expenses** – If you are married or have dependents, *your expenses should also include your household's expenses.*

1) Identify the following amounts that you pay per month:

☐ Rent or ☐ Mortgage   $ __N/A, reside in dorm under college fund__

Car payment(s)   $ __N/A__

Alimony or court-ordered child support $ __N/A__

Credit card payment(s)   $ __110/mo__

Other household expenses   $ __100/mo__
(e.g., groceries, clothing, medical costs, utilities, cell phone, internet, etc.)

2) Do you have any other *monthly* expenses that you have not already listed?
☑ Yes  ☐ No

If "Yes," list them below:

| Expense | Amount |
|---|---|
| Medication | $ 70 |
|  | $ |
|  | $ |

3) What are your total *monthly* expenses?  $ 280

IV. **Property** – If you are married, your answers must *include your spouse's property.*

1) Do you own a car? ☑ Yes  ☐ No   If "Yes," list car(s) below:

| Make and Model | Year | Approximate Current Value |
|---|---|---|
| Subaru Outback | 2013 | $ 7,875 |
|  |  | $ |

2) Do you own your home(s)?  ☐ Yes  ☑ No

If "Yes," state the approximate value(s).  $ —

What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)?  $ —

3) Do you have any cash or checking, savings, or other similar accounts?
☑ Yes  ☐ No

If "Yes," state the total of such sums.  $ 299.23

4) Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork, or jewelry?

☑ Yes  ☐ No

If "Yes," describe the property and the approximate value(s).

IRA; $0.00   College fund; $61,000

V. **Other Circumstances** – Describe any other financial circumstance(s) that you would like the Court to consider when reviewing this petition.

- Plaintiff is an 18-year-old college student; am currently going through hiring process to work for United States Postal Service.
- College fund cannot be liquidated by Plaintiff and is jointly owned.

I, Steven R. Brown, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the fee and that I am entitled to the relief sought in the complaint. I declare under penalty of perjury that the foregoing is true and correct.

11 October 2022

**Date**          **Signature**