# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

GINA M. COLLETTI
CLERK

TEL: 414-297-3372
www.wied.uscourts.gov

October 17, 2022

Steven R Brown
211 Grant Ave #203A
Morgantown WV 26505

      Re:    **Brown v. Fiserv Inc et al.**
              **Case No. 22-CV-1217**

Dear Steven R Brown:

This case has been assigned to Magistrate Judge Nancy Joseph, who presides in the Milwaukee Division of the Court. Please mail all future filings for this case to: United States District Court, Office of the Clerk, 517 East Wisconsin Avenue, Room 362, Milwaukee, Wisconsin 53202.

Enclosed please find a form regarding magistrate judge jurisdiction for your consideration. This form must be returned to the Court within 21 days of the date of this letter.

The court will communicate with you through the mail. If your mailing address changes while this case is pending, you must immediately notify the court. <u>Failure to do so may result in the dismissal of your case without further notice.</u>

                                              Very truly yours,

                                              GINA M. COLLETTI
                                              Clerk of Court

                                              *s/Ross Miller*
                                              Deputy Clerk