

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

Steven R Brown, ) **NOTICE OF VOLUNTARY**
    Plaintiff(s) ) **DISMISSAL PURSUANT TO**
    v. ) **F.R.C.P. 41(a)(1)(A)(i)**
     )
Fiserv Inc ) Case No.: 22-CV-1217
Telecheck Services Inc, )
TRS Recovery Services Inc Defendant(s) )
     )
     )

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Steven R. Brown and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against All Defendants.

Date: 27 Oct 2022

_Steve Brown_, pro se
Signature of plaintiffs or plaintiff's counsel

211 Grant Ave # 203A
Address

Morgantown, WV 26505
City, State & Zip Code

(917) 694-2064
Telephone Number